IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAUL PETTY                                                                                      PLAINTIFF

v                                    4:08-CV-00148-WRW

CITY TELE-COIN COMPANY INC.                                          DEFENDANT

## ORDER

Pending is Plaintiff's Motion to Remand (Doc. No. 6). Defendant has responded.[1]

Plaintiff's original complaint reads: "Plaintiff prays for judgment over and against the Defendant for compensatory damages in an amount in excess of Federal Court jurisdiction; for punitive damages . . . ."[2] On February 19, 2008, Defendant removed this case to the EDAR, since there is complete diversity and Plaintiff sought damages greater than $75,000.[3] On March 20, 2008, Plaintiff filed an Amended Complaint, which reduced his claim for damages to $70,000, and a Motion to Remand.[4]

It is well-settled that a plaintiff's post-removal attempt to reduce the amount-in-controversy below the jurisdictional minimum will not affect federal jurisdiction.[5]

Accordingly, Plaintiff's Motion to Remand (Doc. No. 6) is DENIED.

IT IS SO ORDERED this 1st day of April, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 8.

[2] Doc. No. 2.

[3] Doc. No. 1.

[4] Doc. Nos. 5, 6.

[5] *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 294 (1956) (A "subsequent reduction of the amount claimed cannot oust the district court's jurisdiction."); *Lynch v. Porter*, 446 F.2d 225, 228 (8th Cir. 1971) (Holding that "[s]ubsequent events reducing the amount in controversy will not affect the jurisdiction of the court.").