## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

**PAUL PETTY**                                                                    **PLAINTIFF**

**VS.**                          **NO. 4:08-CV-00148-WRW**

**CITY TELE-COIN COMPANY, INCORPORATED**                         **DEFENDANT**

### ORDER OF NON-SUIT

On this day comes on for consideration Plaintiff's oral motion for voluntary non-suit in this

cause of action, and from the statement of counsel, and other matters before the Court, the Court

finds:

### I.

The oral motion of the Plaintiff is well taken, and his Complaint and Amended Complaint

are hereby dismissed without prejudice.

**IT IS SO ORDERED** this *18th* day of April, 2008.

_____
**WILLIAM R. WILSON, JR.**
**UNITED STATES DISTRICT JUDGE**


THIS INSTRUMENT PREPARED BY:

Paul Petty
Attorney at Law
411 W. Arch Avenue
Searcy, AR 72143